IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN EDWIN WILLIAMS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1086

Opinion filed May 5, 2017.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge, and Elijah Smiley, Judge.

Andy Thomas, Public Defender, Glenna Joyce Reeves, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Angela R. Hensel and David Llanes, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.